No. 42594.—Protests 647057–G, etc., of J. L. Hudson Co. et al. (Detroit, etc.).

465

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.